IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| ROSS and GINA McCAUSLAND, | § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NUMBER 2:13-CV-144-J |
| AMARILLO INDEPENDENT SCHOOL DISTRICT and IMS MARKETING, INC. d/b/a INSURANCE MANAGEMENT SERVICES, | § § § § § | |
| Defendants | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs' Rule 41 notice, filed September 11, 2013, of the parties agreement to a dismissal without prejudice, pursuant to their tolling agreement and their effort to reach a settlement of all claims. Pursuant to Rule 41(a)(1)(i), this case is therefore DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

Signed this the ____13th____ day of September, 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE